UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL ABAYA,<br><br>          Plaintiff,<br><br>          v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC,<br><br>          Defendant. | CASE NO.: 2:15-CV-02297-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT** |

JOEL ABAYA v. CAVALRY PORTFOLIO SERVICES, LLC (CASE NO. 2:15-CV-02297-TLN-KJN)
ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INTIAL COMPLAINT

The Court, having reviewed the stipulation and joint request of the parties to extend Defendant's time to respond to the initial complaint, and good cause appearing, it is hereby ORDERED that Defendant may have up to and including December 10, 2015 to answer or otherwise respond to the Complaint filed in this action pursuant to Civil Local Rule 144(a).

IT IS SO ORDERED.

Dated: November 13, 2015

Troy L. Nunley
United States District Judge

DATED: November 10, 2015        SIMMONDS & NARITA LLP
                                JEFFREY A. TOPOR
                                JENNIFER L. YAZDI


                                By:      /s/Jennifer Yazdi
                                Jennifer L. Yazdi
                                Attorneys for Defendant
                                Cavalry Portfolio Services, LLC


DATED: November 10, 2015        LAW OFFICES OF TODD M.
                                FRIEDMAN, P.C.



                                By:      /s/Todd Friedman
                                Todd M. Friedman
                                Attorneys for Plaintiff
                                Joel Abaya

JOEL ABAYA v. CAVALRY PORTFOLIO SERVICES, LLC (CASE NO. 2:15-CV-02297-TLN-KJN)
ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INTIAL COMPLAINT